IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| DAVID A. CAWTHON, | ) | | |
| | ) | | |
|     Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
|     v. | ) | 2:15cv429-MHT | |
| | ) | (WO) | |
| MELISSA HEMINGWAY, et. al., sued in their individual and official capacities, | ) ) ) ) | | |
| | ) | | |
|     Defendants. | ) | | |

ORDER

Upon consideration of plaintiff's emergency motion to correct judgment or for relief from judgment (doc. no. 34), it is ORDERED that the motion is denied.  The order (doc. no. 31) from which plaintiff seeks relief denied only the part of his motion (doc. no. 30) in which he sought a temporary restraining order; his requests in the same motion for a preliminary injunction and protective order remain pending before the United States Magistrate Judge.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 16th day of November, 2015.

    /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**