IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CAWTHON, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|     v. | )     2:15cv429-MHT |
| | ) |
| MELISSA HEMINGWAY, et. al., sued in their individual and official capacities, | ) ) ) ) |
| | ) |
|     Defendants. | ) |

ORDER

After an independent and de novo review of the record, it is ORDERED that the recommendation of the United States Magistrate Judge (doc. no. 51) is adopted and that the motion for preliminary injunction and the alternative motion for protective order (doc. no. 1) are denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 31st day of March, 2016.

                                           /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**