IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CAWTHON,             )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>                               )<br>MELISSA HEMINGWAY, et.         )<br>al., sued in their            )<br>individual and official       )<br>capacities,                   )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>2:15cv429-MHT<br>(WO) |

### ORDER

It is ORDERED that plaintiff's motion for judicial notice (doc. no. 58) is granted to the extent that the March 31, 2016 order (doc. no. 57) adopting the report and recommendation (doc. no. 51) is vacated as the order was entered in error.

DONE, this the 3rd day of May, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE