IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DAVID A. CAWTHON,            )
                             )
     Plaintiff,              )
                             )          CIVIL ACTION NO.
     v.                      )            2:15cv429-MHT
                             )                (WO)
MELISSA HEMINGWAY, et al.,   )
sued in their               )
individual and official     )
capacities,                 )
                             )
     Defendants.            )

OPINION AND ORDER

The plaintiff, a federal prisoner, filed this case
under the Administrative Procedures Act, 5 U.S.C.
§§ 551-559, and Bivens v. Six Unknown Federal Narcotics
Agents, 403 U.S. 388 (1971), challenging the adequacy
of the Montgomery Federal Prison Camp's law library,
and specifically the decision of defendant Melissa
Hemingway to discard the American Jurisprudence
treatise series and to take away certain electronic
typewriters with memory and replace them with simple

manual ones.   This case is before the court on the recommendation of the United States Magistrate Judge that the motion--incorporated in plaintiff's complaint--for preliminary injunction and/or protective order be denied.   Also before the court are plaintiff's objections to the recommendation.   Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 69) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 31) is adopted.

(3) The motion for preliminary injunction and/or protective order (doc. no. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 7th day of June, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE