IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CAWTHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:15cv429-MHT |
| ) | (WO) |
| MELISSA HEMINGWAY, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 15, 2015, Plaintiff, an inmate at the Federal Prison Camp in Montgomery, Alabama ("FPC Montgomery"), filed a complaint under the Administrative Procedures Act ("APA") and *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), alleging a denial of his right of meaningful access to the courts resulting from the inadequacy of required materials in the FPC Montgomery law library. Doc. No. 1. In this same action, on October 15, 2015, Plaintiff filed a "Motion for Preliminary Injunction/Temporary Restraining Order and/or Protective Order" (Doc. No. 30) seeking to enjoin Defendants from removing weight-lifting equipment from FPC Montgomery. However, on June 10, 2016, Plaintiff filed a motion styled as "Plaintiff's Motion to Dismiss Because of Mootness Specific Claims Pursuant to Fed. Rule of Civil Procedure 15" (Doc. No. 72), in which he indicates that the subsequent removal of weight-lifting equipment from FPC Montgomery has rendered moot his attempt to enjoin Defendants from removing that equipment and that he does not intend to raise or pursue claims regarding the removal of such equipment in the

instant action alleging a denial of his right of meaningful access to the courts.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. The "Motion for Preliminary Injunction/Temporary Restraining Order and/or Protective Order" (Doc. No. 30) be DENIED as moot.

2. This case be referred to the undersigned for additional proceedings.

It is further

ORDERED that the parties shall file any objections to this Recommendation or before July 6, 2016. A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. The parties are further advised that this Recommendation is not a final order; therefore, it is not appealable

Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) will bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

Done this 21st day of June, 2016.

                                      /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE