IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CAWTHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv429-MHT |
| ) | (WO) |
| MELISSA HEMINGWAY, et al., ) | |
| sued in their ) | |
| individual and official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

The plaintiff, a federal prisoner, filed this case under the Administrative Procedures Act, 5 U.S.C. §§ 551-559, and Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971), challenging the adequacy of the Montgomery Federal Prison Camp's law library, and specifically the decision of defendant Melissa Hemingway to discard the American Jurisprudence treatise series and to take away certain electronic typewriters with memory and replace them with simple

manual ones.  This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's "motion for a writ of mandamus" be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 90) is adopted.

(2) Plaintiff's "motion for a writ of mandamus" (doc. no. 87) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 22nd day of August, 2017.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE