IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID A. CAWTHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv429-MHT |
| | ) | (WO) |
| MELISSA HEMINGWAY, et al., | ) | |
| sued in their | ) | |
| individual and official | ) | |
| capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), and the Administrative Procedures Act, 5 U.S.C. §§ 551-559, plaintiff, a federal prisoner, filed this case challenging the adequacy of the Montgomery Federal Prison Camp's law library, and specifically the decision to discard the American Jurisprudence treatise series and to take away certain electronic typewriters with memory and replace them with simple manual ones. This lawsuit is now

before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**